IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE EPICENO,

      Petitioner,             No. CIV S-06-0686 GEB CMK P

      vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

      Respondents.            <u>ORDER</u>

/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] In his application, petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Petitioner has not filed an application to proceed in forma pauperis.

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

DATED:   April 14, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2